# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LARRY D. REAVES, | ) | |
| | ) | 3:14-CV-0616-RCJ (VPC) |
| Plaintiff, | ) | 3:14-CV-0617-RCJ (VPC) |
| | ) | 3:14-CV-0654-RCJ (VPC) |
| vs. | ) | 3:14-CV-0669-RCJ (VPC) |
| | ) | 3:14-CV-0670-RCJ (VPC) |
| DEPARTMENT OF VETERANS | ) | 3:15-CV-0005-RCJ (VPC) |
| AFFAIRS, *et al.*, | ) | 3:15-CV-0006-RCJ (VPC) |
| | ) | 3:15-CV-0023-RCJ (VPC) |
| Defendants. | ) | 3:15-CV-0024-RCJ (VPC) |
| | ) | 3:15-CV-0050-RCJ (VPC) |
| | | 3:15-CV-0051-RCJ (VPC) |
| | | 3:15-CV-0054-RCJ (VPC) |
| | | 3:15-CV-0076-RCJ (VPC) |
| | | 3:15-CV-0079-RCJ (VPC) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #3) entered on February 20, 2015, in which the Magistrate Judge recommends Plaintiff's cases be dismissed with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #3).

///

///

1    IT IS HEREBY ORDERED that Plaintiff's cases are DISMISSED WITH PREJUDICE.
2  The Clerk of the Court shall close the cases.
3    IT IS SO ORDERED this 10th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE